✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/   Gregory T. Murphy |
| Date | Signature |
|  | Print Name                    Bar Number |
|  | Address |
|  | City           State           Zip Code |
|  | Phone Number              Fax Number |

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jose Carlos Arreguin-Corona

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ1900
                                     )
12 |        Plaintiff,                )
                                     )
13 | v.                               )   **CERTIFICATE OF SERVICE**
                                     )
14 | JOSE CARLOS ARREGUIN-CORONA,     )
                                     )
15 |        Defendant.                )
   |_____  )

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov

21                         Respectfully submitted,

23 DATED:    June 24, 2008           /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Jose Carlos Arreguin-Corona